In the Matter of the Application of FRANK LILIEN and Others, Respondents,

against GEORGE U. HARVEY, President of the Borough of Queens in the City of New York, and CHARLES W. BERRY, Comptroller of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.